IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANIEL HENDERSON and**
**NICKOLAS GRANT, individually and**
**on behalf of all others similarly situated**                                          **PLAINTIFFS**

v.                                    Case No. 4:16-cv-000283-KGB

**ROBERSON TIRE SERVICE, INC., and**
**MARK ROBERSON**                                                                       **DEFENDANTS**

## ORDER

Before the Court is a stipulation of dismissal (Dkt. No. 13). The stipulation states that plaintiff Daniel Henderson voluntarily dismisses his claims with prejudice pursuant to the parties' settlement agreement and that plaintiff Nickolas Grant voluntarily dismisses his claims without prejudice. The parties represent that, because both plaintiffs have dismissed their claims, the collective action allegations in the complaint are moot. Based on the stipulation, the Court dismisses this action. The Court denies all pending motions as moot.

So ordered this the 7th day of October, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Court Judge